UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH SMITH,

        Plaintiff,        CIVIL ACTION NO. 06-13559
                                  HON. JOHN CORBETT O'MEARA

v.

PATRICIA L. CARUSO, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed March 14, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendants' Amended Motion for Summary Judgment filed on February 01, 2007 is GRANTED.

    SO ORDERED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Dated: May 01, 2007

Certificate of Service

    I hereby certify that the foregoing order was served upon Kenneth Smith and Julia Bell on May 01, 2007, electronically and/or by U.S. mail.

                                          s/William Barkholz

                                          Case Manager