UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH SMITH,

        Plaintiff,        CIVIL ACTION NO. 06-13559
                                        HON. JOHN CORBETT O'MEARA

v.

PATRICIA L. CARUSO, et al.,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed December 05, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendant Collins's Motion for Summary Judgment, filed October 24, 2007 is GRANTED.

                                                               s/John Corbett O'Meara
                                                               United States District Judge

Date: January 14, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on January 18, 2008, by electronic and/or U.S. mail.

s/William Barkholz
Case Manager
